1  Rachel A. Straus (SBN 268836)
   rstraus@shb.com
2  SHOOK, HARDY & BACON L.L.P.
   2049 Century Park East, Suite 3000
3  Los Angeles, California 90067
   Telephone:  424.285.8330
4  Facsimile:   424.204.9093

5  Attorneys for Defendant
   CENGAGE LEARNING, INC.
6

7

8                     **UNITED STATES DISTRICT COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| CIEARA MUNOZ, individually and on behalf of all others similar situated,<br><br>           Plaintiffs,<br><br>     vs.<br><br>CENGAGE LEARNING, INC., a Delaware corporation d/b/a WWW.CENGAGE.COM,<br><br>           Defendant. | Case No. 2:23-cv-05518<br><br>**DEFENDANT CENGAGE LEARNING, INC.'S NOTICE OF REMOVAL OF ACTION**<br><br>[From the Superior Court of California, County of Los Angeles, Case No. 23STCV12739]<br><br>Action Filed: June 5, 2023<br>Action Removed: July 10, 2023 |

TO THE CLERK OF THE OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332(d), 1441, 1446, and 1453, defendant Cengage Learning, Inc. d/b/a www.cengage.com ("Cengage"), hereby removes the above-captioned putative class action from the Superior Court of California, County of Los Angeles, to the United States District Court for the Central District of California.

## I.   BACKGROUND

On June 5, 2023, Plaintiff filed a putative class action complaint against Cengage in the Superior Court of California, County of Los Angeles, captioned *Cieara Munoz v. Cengage Learning, Inc.,* Case No. 23STCV12739 (the "State Court Action").

A copy of the complaint in the State Court Action is attached hereto as **Exhibit A** (the "Complaint").

The Complaint seeks statutory damages pursuant to the Video Privacy Protection Act of 1988, 18 U.S.C. § 2710 ("VPPA"). *Id*.

Plaintiff purports to bring the claims on behalf of a California class of persons, with the following proposed membership:

> All persons in the United States who played video content on The Website and whose PII was disclosed by Defendant to any third party during the two years preceding the filing of the action.

(*Id*. ¶ 22.)

## II.   THE COURT HAS ORIGINAL JURISDICTION

This Court has original jurisdiction based on the existence of a federal question. Defendant removes the State Court Action pursuant to 28 U.S.C. §1441(d), which provides that "[e]xcept as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants to the district

court of the United States for the district and division embracing the place where such ion is pending." 28 U.S.C. §1441(d). This statute permits Defendant to remove the State Court Action from the California state court to this Court.

Here, Plaintiff's Complaint alleges that Defendant violated the VPPA by purportedly collecting information, including personal identifying information ("PII"), relating to visitors who watch videos on Defendant's website, and disclosing that PII to Google. Exhibit A. Because the VPPA is a federal statute over which this Court has original jurisdiction, removal of this action is proper.

### III. THIS NOTICE OF REMOVAL IS TIMELY

Plaintiff served this Complaint on Defendant on June 9, 2023. Therefore, this Notice of Removal is timely because it is being filed within thirty (30) days after service of the initial pleading which sets forth the removable claim. 28 U.S.C. § 1446(b); *see also Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344, 354 (1999) (holding that the thirty-day deadline to remove commences upon service of the summons and complaint).

### IV. CONCLUSION

Based on the foregoing, Defendant respectfully submits that the above facts demonstrate that this Court can exercise original jurisdiction over this action and hereby removes this action.

Dated:  July 10, 2023

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Rachel A. Straus*
      Rachel A. Straus

Attorneys for Defendant
CENGAGE LEARNING, INC.